**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 8:CV03-406 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DEFENDANT'S FIRST** |
| | ) | **AMENDED NON-EXPERT** |
| JOHN R. KOCH, | ) | **WITNESS LIST** |
| | ) | |
| Defendant. | ) | |

COMES NOW the Plaintiff, JOHN R. KOCH, by and through his Attorney, Matthew L. McBride, hereby amends his non-expert witness list, and identifies the subject matter of their testimony as follows:

## WILL CALL

1. John R. Koch, Defendant.

## MAY CALL

2.    Jean Koch, Wife of Defendant

3.    Ethel Dortch
    3215 N. 42nd Street
    Omaha, NE
    (No phone # available)

    Tenant of Defendant and former roommate of Paris Reynolds. Ms. Dortch will testify as to the practice of Defendant as her landlord and Defendant's lack of sexual contact with Paris Reynolds.

4.    Jacqueline Perkins
    4350 Lake Street
    Omaha, NE
    (402) 612-1160

    Tenant of Defendant. Ms. Perkins will testify that she was referred by Latesia Rogers to rent from Defendant. Ms. Perkins will testify that Ms. Rogers encouraged her to rent from Defendant and spoke highly of him as a landlord. Ms. Perkins will also testify about her experiences with Defendant as her landlord.

5. Bill Jones
   4651 Mayberry Street
   Omaha, NE 68106
   (402) 991-2331

   Mr. Jones was present with Defendant after Latesia Rogers vacated her residence. He assisted Defendant when pictures were taken of the interior of the residence identified as Exhibit numbers 262-288.

6. Andy Leas
   Great Plains Heating & Cooling
   1808 Military Avenue
   Omaha, NE 68111
   (402) 566-7043

   Mr. Leas was present and inspected Jacqueline Phillips' furnace. He will testify as to the condition of the furnace at the time of the inspection along with Ms. Phillips' demeanor during the inspection.

7. Any witness properly designated by Plaintiff.

JOHN KOCH, Defendant

BY: S/ MATTHEW L. MCBRIDE
    Matthew L. McBride #21597
    2433 S. 130th Circle
    Omaha, NE 68144
    (402) 330-5906
    (402) 330-9763 (fax)
    Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2004, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which sent notification of such filing to the following: Laurie A. Kelly, Asst. US Attorney, 1620 Dodge Street, Suite 1400, Omaha, NE 68102-1506; and Rigel C. Oliveri, US Dept. of Justice, 10th & Pennsylvania Avenue, NW, Washington DC, 20530.

S/ MATTHEW L. MCBRIDE