FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

04 DEC -9  PM 2: 0 I

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CV406 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN R. KOCH, | ) | VERDICT |
| | ) | |
| Defendant. | ) | |
| | ) | |

We, the jury, find answers to the questions as follows:

1.  Do you find by the greater weight of the evidence that John R. Koch engaged in a pattern or practice of sexual harassment in violation of the Fair Housing Act?

**ANSWER:**        **Yes** _✓_        **No** _____

2. Do you find by the greater weight of the evidence that John R. Koch denied a group of persons rights guaranteed by the Fair Housing Act and that those denials raised an issue of general public importance?

**ANSWER:**        **Yes** _✓_        **No** _____

If your answer to either questions 1 or 2 is "Yes," proceed to answer questions 3(a), 3(b), 3(c), 3(d), 3(e), 3(f), 3(g), 3(h), 3(i), 3(j), 3(k), 3(l), 3(m), 3(n), 3(o), 3(p), 3(q), 3(r), and 3(s).

If you answers to both questions 1 and 2 are "No," then you need not answer any further questions.   The verdict form should be dated and signed by your foreperson and inform the courtroom deputy clerk that you have reached a verdict.

3(a).  Do you find by the greater weight of the evidence that **PHYLLIS BEAUGARD** has been harmed by John R. Koch's violation(s) of the Fair Housing Act?

Yes ___  No _✓_

If yes, how much in actual damages is **PHYLLIS BEAUGARD** entitled to receive?

$ _____

3(b).  Do you find by the greater weight of the evidence that **SCHALLINA BROWN** has been harmed by John R. Koch's violation(s) of the Fair Housing Act?

Yes ___   No ✓

If yes, how much in actual damages is **SCHALLINA BROWN** entitled to receive?

$ _____

3(c).  Do you find by the greater weight of the evidence that **FRANCES CHAMBERLAIN CANTU** has been harmed by John R. Koch's violation(s) of the Fair Housing Act?

Yes ___   No ✓

If yes, how much in actual damages is **FRANCES CHAMBERLAIN CANTU** entitled to receive?

$ _____

3(d).  Do you find by the greater weight of the evidence that **LISA CARROLL** has been harmed by John R. Koch's violation(s) of the Fair Housing Act?

Yes ✓   No ___

If yes, how much in actual damages is  **LISA CARROLL** entitled to receive?

$ ___868.00___

3(e).  Do you find by the greater weight of the evidence that **DARONICA COZART** has been harmed by John R. Koch's violation(s) of the Fair Housing Act?

Yes ___   No ✓

If yes, how much in actual damages is **DARONICA COZART** entitled to receive?

$ _____

3(f).  Do you find by the greater weight of the evidence that **EBONY DISHMON** has

been harmed by John R. Koch's violation(s) of the Fair Housing Act?

Yes __✓__  No ___

If yes, how much in actual damages is **EBONY DISHMON** entitled to receive?

$ _____1,187.00_____

3(g).  Do you find by the greater weight of the evidence that **PENNY GOFORTH** has been harmed by John R. Koch's violation(s) of the Fair Housing Act?

Yes __✓__  No ___

If yes, how much in actual damages is  **PENNY GOFORTH** entitled to receive?

$ _____1,868.00_____

3(h).  Do you find by the greater weight of the evidence that **NATASHA HICKMAN** has been harmed by John R. Koch's violation(s) of the Fair Housing Act?

Yes ___  No __✓__

If yes, how much in actual damages is **NATASHA HICKMAN** entitled to receive?

$ _____

3(i). Do you find by the greater weight of the evidence that **LATONDA JOHNSON** has been harmed by John R. Koch's violation(s) of the Fair Housing Act?

Yes ___  No __✓__

If yes, how much in actual damages is **LATONDA JOHNSON** entitled to receive?

$ _____

3(j).  Do you find by the greater weight of the evidence that **TAMRA KEYS** has been harmed by John R. Koch's violation(s) of the Fair Housing Act?

Yes ___  No __✓__

If yes, how much in actual damages is **TAMRA KEYS** entitled to receive?

$ _____

3(k).  Do you find by the greater weight of the evidence that **RACHAEL MCCLUSKEY** has been harmed by John R. Koch's violation(s) of the Fair Housing Act?

Yes __✓__   No ___

If yes, how much in actual damages is **RACHAEL MCCLUSKEY** entitled to receive?

$ _____ *900.00* _____

3(l).  Do you find by the greater weight of the evidence that **TAMECHIA NEDDS** has been harmed by John R. Koch's violation(s) of the Fair Housing Act?

Yes __✓__   No ___

If yes, how much in actual damages is **TAMECHIA NEDDS** entitled to receive?

$ _____ *5954.00* _____

3(m).  Do you find by the greater weight of the evidence that **DETRIA PRICE** has been harmed by John R. Koch's violation(s) of the Fair Housing Act?

Yes ___   No __✓__

If yes, how much in actual damages is **DETRIA PRICE** entitled to receive?

$ _____

3(n).  Do you find by the greater weight of the evidence that **LATESIA ROGERS** has been harmed by John R. Koch's violation(s) of the Fair Housing Act?

Yes ___   No __✓__

If yes, how much in actual damages is **LATESIA ROGERS** entitled to receive?

$ _____

3(o).  Do you find by the greater weight  of the evidence that **FELISHA SCOGGINS** has been harmed by John R. Koch's violation(s) of the Fair Housing Act?

Yes __✓__ No ___

If yes, how much in actual damages is **FELISHA SCOGGINS** entitled to receive?

$ _____ 1,205.00 _____

3(p).  Do you find by the greater weight of the evidence that **DEBORAH STERLING** has been harmed by John R. Koch's violation(s) of the Fair Housing Act?

Yes __✓__ No ___

If yes, how much in actual damages is **DEBORAH STERLING** entitled to receive?

$ _____ 1,232.00 _____

3(q).  Do you find by the greater weight  of the evidence that **BRENDA PARKER TAYLOR** has been harmed by John R. Koch's violation(s) of the Fair Housing Act?

Yes __✓__ No ___

If yes, how much in actual damages is **BRENDA PARKER TAYLOR** entitled to receive?

$ _____ 1,522.00 _____

3(r).  Do you find by the greater weight of the evidence that **ANITA THOMAS** has been harmed by John R. Koch's violation(s) of the Fair Housing Act?

Yes __✓__ No ___

If yes, how much in actual damages is **ANITA THOMAS** entitled to receive?

$ _____ 1,086.00 _____

3(s).  Do you find by the greater weight of the evidence that **KALI UNDERWOOD** has been harmed by John R. Koch's violation(s) of the Fair Housing Act?

Yes ✓ No ___

If yes, how much in actual damages is **KALI UNDERWOOD** entitled to receive?

$ __1,145.00__

4. Do you find by the greater weight of the evidence that John R. Koch acted with malice or reckless indifference to the rights of **PHYLLIS BEAUGARD** under the Fair Housing Act?

> **ANSWER:** Yes ___ No ✓

If your answer to question 4 is "Yes," proceed to answer questions 4(a).

4(a) If Yes, how much in punitive damages is **PHYLLIS BEAUGARD** entitled to receive?

$ __none__
(if none, write "none.")

5. Do you find by the greater weight of the evidence that John R. Koch acted with malice or reckless indifference to the rights of **SCHALLINA BROWN** under the Fair Housing Act?

> **ANSWER:** Yes ___ No ✓

If your answer to question 5 is "Yes," proceed to answer questions 5(a).

5(a) If Yes, how much in punitive damages is **SCHALLINA BROWN** entitled to receive?

$ __none__
(if none, write "none.")

6. Do you find by the greater weight of the evidence that John R. Koch acted with malice or reckless indifference to the rights of **FRANCES CHAMBERLAIN CANTU** under the Fair Housing Act?

> **ANSWER:** Yes ___ No ✓

If your answer to question 6 is "Yes," proceed to answer questions 6(a).

6(a) If Yes, how much in punitive damages is **FRANCES CHAMBERLAIN**

CANTU entitled to receive?

$ ___*none*___
(if none, write "none.")

7.  Do you find by the greater weight of the evidence that John R. Koch acted with malice or reckless indifference to the rights of **LISA CARROLL** under the Fair Housing Act?

**ANSWER:**   Yes __✓__ No ____

If your answer to question 7 is "Yes," proceed to answer questions 7(a)

7(a)    If Yes, how much in punitive damages is **LISA CARROLL** entitled to receive?

$ ___1649.00___
(if none, write "none.")

8.  Do you find by the greater weight of the evidence that John R. Koch acted with malice or reckless indifference to the rights of **DARONICA COZART** under the Fair Housing Act?

**ANSWER:**   Yes ____ No __✓__

If your answer to question 8 is "Yes," proceed to answer questions 8(a).

8(a)    If Yes, how much in punitive damages is **DARONICA COZART** entitled to receive?

$ ___*none*___
(if none, write "none.")

9.  Do you find by the greater weight of the evidence that John R. Koch acted with malice or reckless indifference to the rights of **EBONY DISHMON** under the Fair Housing Act?

**ANSWER:**   Yes __✓__ No ____

If your answer to question 9 is "Yes," proceed to answer questions 9(a).

9(a)    If Yes, how much in punitive damages is **EBONY DISHMON** entitled to receive?

$ ___2,137.00___
(if none, write "none.")

10. Do you find by the greater weight of the evidence that John R. Koch acted with malice or reckless indifference to the rights of **PENNY GOFORTH** under the Fair Housing Act?

ANSWER:    Yes ___✓___ No ___

If your answer to question 10 is "Yes," proceed to answer questions 10(a).

10(a)    If Yes, how much in punitive damages is **PENNY GOFORTH** entitled to receive?

$ ___6,351.00___
(if none, write "none.")

11. Do you find by the greater weight of the evidence that John R. Koch acted with malice or reckless indifference to the rights of **NATASHA HICKMAN** under the Fair Housing Act?

ANSWER:    Yes ___ No ___✓___

If your answer to question 11 is "Yes," proceed to answer questions 11(a).

11(a)    If Yes, how much in punitive damages is **NATASHA HICKMAN** entitled to receive?

$ ___none___
(if none, write "none.")

12. Do you find by the greater weight of the evidence that John R. Koch acted with malice or reckless indifference to the rights of **LATONDA JOHNSON** under the Fair Housing Act?

ANSWER:    Yes ___ No ___✓___

If your answer to question 12 is "Yes," proceed to answer questions 12(a).

12(a)    If Yes, how much in punitive damages is **LATONDA JOHNSON** entitled to receive?

$ ___none___
(if none, write "none.")

13. Do you find by the greater weight of the evidence that John R. Koch acted with

malice or reckless indifference to the rights of **TAMRA KEYS** under the Fair Housing Act?

ANSWER:   Yes _____   No __✓__

If your answer to question 13 is "Yes," proceed to answer questions 13(a).

13(a)   If Yes, how much in punitive damages is **TAMRA KEYS** entitled to receive?

$ _____*none*_____
(if none, write "none.")

14. Do you find by the greater weight of the evidence that John R. Koch acted with malice or reckless indifference to the rights of **RACHAEL MCCLUSKEY** under the Fair Housing Act?

ANSWER:   Yes __✓__ No _____

If your answer to question 14 is "Yes," proceed to answer questions 14(a).

14(a)   If Yes, how much in punitive damages is **RACHAEL MCCLUSKEY** entitled to receive?

$ ____1,440.00____
(if none, write "none.")

15. Do you find by the greater weight of the evidence that John R. Koch acted with malice or reckless indifference to the rights of **TAMECHIA NEDDS** under the Fair Housing Act?

ANSWER:   Yes __✓__ No _____

If your answer to question 15 is "Yes," proceed to answer questions 15(a).

15(a)   If Yes, how much in punitive damages is **TAMECHIA NEDDS** entitled to receive?

$ ___25,602.00___
(if none, write "none.")

16. Do you find by the greater weight of the evidence that John R. Koch acted with malice or reckless indifference to the rights of **DETRIA PRICE** under the Fair Housing Act?

ANSWER:   Yes _____   No __✓__

If your answer to question 16 is "Yes," proceed to answer questions 16(a).

16(a) If Yes, how much in punitive damages is **DETRIA PRICE** entitled to receive?

$ _____ *none* _____
(if none, write "none.")

17. Do you find by the greater weight of the evidence that John R. Koch acted with malice or reckless indifference to the rights of **LATESIA ROGERS** under the Fair Housing Act?

**ANSWER:** Yes _____ No _✓_

If your answer to question 17 is "Yes," proceed to answer questions 17(a).

17(a) If Yes, how much in punitive damages is **LATESIA ROGERS** entitled to receive?

$ _____ *none* _____
(if none, write "none.")

18. Do you find by the greater weight of the evidence that John R. Koch acted with malice or reckless indifference to the rights of **FELISHA SCOGGINS** under the Fair Housing Act?

**ANSWER:** Yes _✓_ No _____

If your answer to question 18 is "Yes," proceed to answer questions 18(a).

18(a) If Yes, how much in punitive damages is **FELISHA SCOGGINS** entitled to receive?

$ _____ *2651.00* _____
(if none, write "none.")

19. Do you find by the greater weight of the evidence that John R. Koch acted with malice or reckless indifference to the rights of **DEBORAH STERLING** under the Fair Housing Act?

**ANSWER:** Yes _✓_ No _____

If your answer to question 19 is "Yes," proceed to answer questions 19(a).

19(a)   If Yes, how much in punitive damages is **DEBORAH STERLING** entitled to receive?

$ __2,094.00__
(if none, write "none.")

20.   Do you find by the greater weight of the evidence that John R. Koch acted with malice or reckless indifference to the rights of **BRENDA PARKER TAYLOR** under the Fair Housing Act?

**ANSWER:   Yes ✓ No ____**

If your answer to question 20 is "Yes," proceed to answer questions 20(a).

20(a)   If Yes, how much in punitive damages is **BRENDA PARKER TAYLOR** entitled to receive?

$ __3805.00__
(if none, write "none.")

21.   Do you find by the greater weight of the evidence that John R. Koch acted with malice or reckless indifference to the rights of **ANITA THOMAS** under the Fair Housing Act?

**ANSWER:   Yes ✓ No ____**

If your answer to question 21 is "Yes," proceed to answer questions 21(a).

21(a)   If Yes, how much in punitive damages is **ANITA THOMAS** entitled to receive?

$ __1,738.00__
(if none, write "none.")

22.   Do you find by the greater weight of the evidence that John R. Koch acted with malice or reckless indifference to the rights of **KALI UNDERWOOD** under the Fair Housing Act?

**ANSWER:   Yes ✓ No ____**

If your answer to question 22 is "Yes," proceed to answer questions 22(a).

22(a)   If Yes, how much in punitive damages is **KALI UNDERWOOD** entitled to receive?

$ ___1,718.00___
(if none, write "none.")