IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:03CV406 |
| ) | |
| v. ) | |
| ) | |
| JOHN R. KOCH, ) | ORDER ON MOTION TO EXTEND OR |
| ) | ALLOW ADDITIONAL RESPONSE TIME |
| Defendant. ) | TO LISA CARROLL'S MOTION TO |
| ) | INTERVENE |

    IT IS ORDERED that the Motion to Extend or Allow Additional Response Time to Lisa Carroll's Motion to Intervene, filing 154, is granted and the defendant shall have on or before December 16, 2005, to file a response to Lisa Carroll's Motion to Intervene.

    Dated December 5, 2005.

                      BY THE COURT

                      s/ Warren K. Urbom
                      United States Senior District Judge