IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CV406 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN R. KOCH, | ) | ORDER ON MOTION TO EXTEND OR |
| | ) | ALLOW ADDITIONAL RESPONSE TIME |
| Defendant. | ) | TO MOTION FOR ISSUANCE OF AN |
| | ) | ORDER TO SHOW CAUSE |

    IT IS ORDERED that the Motion to Extend or Allow Additional Response Time to Motion for Issuance of an Order to Show Cause, filing 160, is granted and the defendant shall have until on or before December 16, 2005, in which to file his response.

    Dated December 12, 2005.

                                      BY THE COURT

                                      s/ Warren K. Urbom
                                      United States Senior District Judge