IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CV406 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN R. KOCH, | ) | ORDER ON DEFENDANT'S SECOND |
| | ) | MOTION TO EXTEND TIME TO ALLOW |
| Defendant. | ) | RESPONSES TO PENDING MOTIONS |
| | ) | |

IT IS ORDERED that:

1. the Defendant's Second Motion to Extend Time to Allow Responses to Pending Motions, filing 162, is granted; and

2. the responses shall be filed on or before December 30, 2005.

Dated December 19, 2005.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge