IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CV406 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN R. KOCH, | ) | ORDER ON MOTION TO WITHDRAW |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

    1. Counsel's motion to withdraw, filing 163, is granted, effective upon the filing of a certificate of service or affidavit indicating that the defendant has been served with a copy of this order.

    2. Defendant is given 15 days from the date of this order in which to either: (1) obtain the services of substitute counsel and have that attorney file an appearance in his behalf; (2) file a motion in this court for the appointment of counsel, setting forth his present financial status, and the reasons he believes counsel should be appointed; or (3) indicate, by pleading, that he will proceed in this case without counsel.

    Dated December 19, 2005.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge