IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CV406 |
| | ) | |
| v. | ) | ORDER ON MOTION TO EXTEND OR |
| | ) | ALLOW DEFENDANT ADDITIONAL |
| JOHN R. KOCH, | ) | RESPONSE TIME TO MOTION FOR |
| | ) | ISSUANCE OF AN ORDER TO SHOW |
| Defendant. | ) | CAUSE AND MOTION TO INTERVENE |
| | ) | |

IT IS ORDERED that:

1. the Motion to Extend or Allow Defendant Additional Response Time to Motion for Issuance of an Order to Show Cause and Motion to Intervene, filing 168, is granted; and

2. the defendant shall have on or before January 20, 2006, to file a response to the government's Motion for Issuance of an Order to Show Cause and Motion to Intervene.

Dated January 3, 2006.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge