IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CV406 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN R. KOCH, | ) | ORDER ON DEFENDANT'S MOTION |
| | ) | FOR EXTENSION OF TIME |
| Defendant. | ) | |
| | ) | |

    IT IS ORDERED that the Defendant's Motion for Extension of Time, filing 171, is granted and the defendant shall have on or before February 20, 2006, in which to file his response to the Plaintiff's Motion for Issuance of an Order to Show Cause.

    Dated January 30, 2006.

                              BY THE COURT

                              s/ Warren K. Urbom
                              United States Senior District Judge