IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CV406 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN R. KOCH, | ) | ORDER ON DEFENDANT'S MOTION |
| | ) | FOR EXTENSION OF TIME |
| Defendant. | ) | |
| | ) | |

    IT IS ORDERED that the Defendant's Motion for Extension of Time, filing 174, is granted and the defendant shall have on or before March 20, 2006, to file his response to the Plaintiff's Motion for Issuance of an Order to Show Cause.

    Dated February 22, 2006.

                        BY THE COURT

                        s/ Warren K. Urbom
                        United States Senior District Judge