IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CV406 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN R. KOCH, | ) | ORDER GRANTING DEFENDANT'S |
| | ) | MOTION FOR EXTENSION OF TIME |
| Defendant. | ) | |
| | ) | |

       IT IS ORDERED that Defendant's Motion for Extension of Time, filing 176, is granted and the defendant shall on or before April 20, 2006, file his response to Plaintiff's Motion for Issuance of an Order to Show Cause.

     Dated March 21, 2006.

                          BY THE COURT

                           s/ Warren K. Urbom
                           United States Senior District Judge