IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CV406 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN R. KOCH, | ) | ORDER ON DEFENDANT'S |
| | ) | MOTION FOR EXTENSION OF |
| Defendant. | ) | TIME |
| | ) | |

    IT IS ORDERED that the Defendant's Motion for Extension of Time, filing 178, is granted and the defendant shall have on or before May 19, 2006, in which to file his response to the Plaintiff's Motion for Issuance of an Order to Show Cause.

    Dated April 25, 2006.

                            BY THE COURT

                            s/ Warren K. Urbom
                            United States Senior District Judge