IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CV406 |
| | ) | |
| v. | ) | ORDER ON DEFENDANT'S |
| | ) | MOTION FOR EXTENSION OF TIME |
| JOHN R. KOCH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant, John R. Koch, has moved for an extension of time to respond to Plaintiff's Motion for Issuance of an Order to Show Cause. In his motion he sets out the progress made in resolving this matter but indicates that further issues remain. He also states,

> Plaintiff, by and through Attorney Allen W. Levy, has indicated that although he is not yet in a position to answer Defendant's inquiries regarding a resolution of this amount, and an answer is pending, he does object to extending Defendant's response time to its motion.

It is apparent that much progress has been made in resolving this matter and defendant through his counsel "believes that a resolution is possible." It seems prudent to grant one more extension. However, I urge counsel to work together to resolve the remaining issues prior to June 16, 2006, but if that cannot be accomplished, then this will be the last extension granted and a response to Plaintiff's Motion for Issuance of an Order to Show Cause will be due on or before June 16, 2006.

IT THEREFORE IS ORDERED that the Plaintiff's Motion for Issuance of an

Order to Show Cause, is granted and the defendant shall file and serve his response on or before June 16, 2006, unless the remaining issues are resolved prior to that date.

Dated May 23, 2006.

                                      BY THE COURT

                                      s/ Warren K. Urbom
                                      United States Senior District Judge