IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:03CV406 |
| | ) | |
| Plaintiff, | ) | ORDER ON PLAINTIFF'S MOTION |
| | ) | TO DISMISS WITHOUT |
| v. | ) | PREJUDICE "UNITED STATES' |
| | ) | MOTION FOR ISSUANCE OF AN |
| JOHN R. KOCH, | ) | ORDER TO SHOW CAUSE WHY |
| | ) | DEFENDANT SHOULD NOT BE |
| Defendant. | ) | HELD IN CONTEMPT OF COURT" |
| | ) | |

Plaintiff has filed a Motion to Dismiss without Prejudice "United States' Motion for Issuance of an Order to Show Cause Why Defendant Should not be Held in Contempt of Court," filing 184. Counsel states that "the United States has reached a settlement of the matter with Defendant John Koch."

IT THEREFORE IS ORDERED that the Motion for Issuance of an Order to Show Cause Why Defendant Should not be Held in Contempt of Court, filing 155, is dismissed without prejudice.

Dated June 20, 2006.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge