IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CV406 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN R. KOCH, | ) | ORDER SETTING TIME LIMITATION |
| | ) | FOR INTERVENTION |
| Defendant. | ) | |
| | ) | |

On June 20, 2006, I signed an order granting the Motion to Intervene, filing 150, of Lisa Carroll.   There appears no action taken on behalf of Lisa Carroll to intervene.

IT IS ORDERED that Lisa Carroll, the intervenor, shall have only until September 1, 2006, to file whatever she intends to file in order to move this action toward conclusion.

Dated August 14, 2006.

BY THE COURT


s/ Warren K. Urbom
United States Senior District Judge