IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CV406 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN R. KOCH, | ) | ORDER GRANTING ORAL MOTION TO |
| | ) | CONTINUE SHOW CAUSE HEARING |
| Defendant. | ) | |
| | ) | |

An oral motion requesting a continuance of the show cause hearing by counsel for Defendant John R. Koch was made during a telephone conference call with my chambers and counsel for Intervenor Lisa Carroll.

IT IS ORDERED that:

1. the oral motion requesting a continuance of the show cause hearing is granted; and

2. the show cause hearing is continued to December 1, 2006, commencing at 9:00 a.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska.

Dated November 7, 2006.

                              BY THE COURT

                              s/ Warren K. Urbom
                              United States Senior District Judge