IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:03CV406 |
| and | ) | |
| LISA CARROLL, | ) | MEMORANDUM AND ORDER ON MOTION |
| | ) | TO QUASH SUBPOENA OF |
| Intervenor | ) | MATTHEW L. MCBRIDE |
| v. | ) | |
| JOHN R. KOCH, | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

1. the Motion to Quash Subpoena of Matthew L. McBride, filing 197, is granted; and

2. the hearing on the Intervenor's Motion for Issuance of an Order to Show Cause Why Defendant Should not be Held in Contempt of Court, filing 188, is continued to February 2, 2007, at 9:00 a.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska.

Dated December 12, 2006.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge