IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:03CV406 |
| and | ) | |
| LISA CARROLL, | ) | ORDER GRANTING ORAL MOTION TO RESCHEDULE MOTION TO SHOW CAUSE HEARING |
| Intervenor | ) | |
| v. | ) | |
| JOHN R. KOCH, | ) | |
| Defendant. | ) | |

Due to a conflict in defense counsel's schedule, defense counsel with the acquiescence of the other parties orally requests a continuance in the show cause hearing.

IT IS ORDERED that the hearing on the Intervenor's Motion for Issuance of an Order to Show Cause Why Defendant Should not be Held in Contempt of Court, filing 188, is continued to February 16, 2007, at 9:00 a.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska.

Dated December 13, 2006.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge