UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 8:03-CV-406 |
| Plaintiff, | |
| and | DEFENDANT'S WITNESS LIST |
| LISA CAROLL, | |
| Intervenor, | |
| vs. | |
| JOHN R. KOCH, | |
| Defendant. | |

COMES NOW the Defendant, by and through his undersigned attorney, and respectfully submits that he intends to call the following witnesses at the Hearing to Show Cause, scheduled on February 13, 2007:

1. Matthew McBride;
2. Molly Smolko; and
3. John Koch.

Respectfully Submitted.

        JOHN R. KOCH, Defendant,

  BY:/s/Jim K. McGough
    Jim K. McGough, #21194
    McGoughLaw P.C., L.L.O.
    11920 Burt Street, Suite 100
    PO Box 540186
    Omaha, Nebraska 68154
    (402) 614-8655

CERTIFICATE OF SERVICE

      I certify that on February 13, 2007, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Laurie Kelly
Assistant United States Attorney
1620 Dodge Street, Suite 1400
Omaha, NE 68102-1506

Susan Koenig
1266 South 13th Street
Omaha, NE 68108

Allen Levy
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Northwestern Building, Seventh Floor
Washington, DC 20530

Catherine Mahern
Milton R. Abrahams Legal Clinic
2120 Cass Street
Omaha, NE 68178

/s/Jim K. McGough
Attorney for Defendant